JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES S. GETCHEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 07-3193 RNB<br><br>**J U D G M E N T** |

Pursuant to the Order Re Dismissal of Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 19, 2008

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE